UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>    Margaret Guyah,<br><br>                    Debtor(s). | Case No. 17-75799 AST<br>Chapter: 13 |

## **ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

Upon the application dated **December 8, 2017** of Secured Creditor, SELECT PORTFOLIO SERVICING, INC., as servicer for U.S. Bank National Association, As Trustee For The Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-10 ("Applicant"), seeking validation of the foreclosure sale and the entry of an order terminating the automatic stay this Court, having considered the evidence presented and the arguments of the parties, and with good cause appearing therefore, it is hereby

**ORDERED**, that the automatic stay in effect pursuant to 11 U.S.C. § 362(a), is hereby terminated as to Movant, its agents, assigns or successors in interest, so that Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law to exercise its remedies against the Collateral; and it is further

**ORDERED,** that the Chapter 13 Trustee shall be served with a copy of the referee's report of sale within thirty (30) days of the report [if applicable], and shall be noticed with any surplus monies realized from the sale of the Collateral; and it is further

**ORDERED** that all other relief sought in the Motion is denied.



Dated: May 2, 2018  
Central Islip, New York

_____  
**Alan S. Trust**  
**United States Bankruptcy Judge**